UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Robert C. Montie, Jr. and Sandra Montie** | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:11-cv-00015 (MRK) |
| | : | |
| v. | : | |
| | : | **AMENDED COMPLAINT** |
| **Premier Chevrolet, Inc. and Ally Financial, Inc.** | : | |
| | : | |
| Defendants. | : | FEBRUARY 18, 2011 |

1. Plaintiffs are consumers residing in Putnam, Connecticut.

2. Defendant Premier Chevrolet, Inc. ("Premier") is a Connecticut corporation that operates a new and used car dealership in Brooklyn, Connecticut.

3. Defendant Ally Financial, Inc. ("Ally") is a Delaware corporation and a retail sales finance company with a principal place of business in Michigan that regularly extends financing to Connecticut consumers for the purchase and sale of motor vehicles.

4. Jurisdiction in this court is proper pursuant to 15 U.S.C. § 2310(d), and 28 U.S.C. § 1331.

5. This court has jurisdiction over Premier and Ally because they regularly conduct business in this state.

6. Venue in this court is proper, because the plaintiffs reside in Connecticut and the claims involve a transaction that occurred in Connecticut.

7. On or around September 2007, Plaintiffs purchased a 2007 Chevrolet Silverado (the "Vehicle") from Premier pursuant to a purchase order and a retail installment sales contract.

8. The purchase order described the Vehicle as "new."

9. Prior to the sale of the Vehicle to Plaintiffs, the Vehicle had been in a significant accident and it had not been properly repaired.

10. Premier breached the express warranty that the Vehicle was "new," and it breached the implied warranty of merchantability in that the Vehicle would pass in trade under the description of a "new" 2007 Chevrolet Silverado without objection.

11. Plaintiffs are entitled to damages under Article 2 of the Uniform Commercial Code and under the Magnuson-Moss Warranty Act.

12. Additionally, because Premier's breaches of warranty were willful and undertaken in bad faith and with a reckless disregard for the Plaintiffs' interests, the breaches were tortious in nature, and Plaintiffs are entitled to recover common law punitive damages.

13. Ally is the assignee of the retail installment sales contract and it is liable under the terms of the contract for Plaintiff's damages limited to the amount paid under the contract.

14. Plaintiffs served written notice of their claim on Premier prior to commencing this action, thereby extending Ally's liability to include the unpaid balance of the contract.

        **PLAINTIFFS, ROBERT C. MONTIE, JR., AND SANDRA MONTIE**


By: /s/ Daniel S. Blinn
    Daniel S. Blinn, ct02188
    Matthew W. Graeber, ct27545
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax. (860) 571-7457
    dblinn@consumerlawgroup.com
    mwgraeber@consumerlawgroup.com


## **CERTIFICATION**

I hereby certify that on this 18th day of February, 2011, a copy of the foregoing Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Premier Chevrolet, Inc.
c/o Thomas A. Borner, Its Registered Agent
155 Providence Boulevard
Putnam, CT 06260

        /s/ Daniel S. Blinn
        Daniel S. Blinn

3